(96 South. 942)

STEADMAN v. STATE. (8 Div. 92.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Lawrence County Court; W. R. Jackson, Judge.

FOSTER, J. Appeal dismissed.

(95 South. 927)

STEELE v. STATE. (8 Div. 961.) (Court of Appeals of Alabama. March 6, 1923.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge.

SAMFORD, J. Affirmed.

(97 South. 926)

S. M. STINSON v. J. A. WAID. (6 Div. 231.) (Court of Appeals of Alabama. Nov. 13, 1923.) Appealed from Circuit Court, Blount County; O. A. Steele, Judge. Sims, Deedmeyer & Bondurant, of Birmingham, for appellant. Henry J. King and Russell & Johnson, all of Oneonta, for appellee.

SAMFORD, J. Action for damages. From a judgment for plaintiff, defendant appeals. Pretermitting a discussion of all questions arising from rulings of the trial court on the pleadings, and also the various charges given and refused on the trial, we are of the opinion that the evidence without conflict fails to show any facts from which the jury would be authorized to find that defendant was guilty of actionable negligence in the operation of the automobile at which the mule, hitched to the wagon from which plaintiff fell, became frightened. Hester v. Hall, 17 Ala. App. 25, 81 South. 361. The court should have given the general affirmative charge, as requested by the defendant. The judgment is reversed, and the cause remanded. Reversed and remanded.

(97 South. 927)

S. M. STINSON v. Ida M. WAID. (6 Div. 232.) (Court of Appeals of Alabama. Nov. 13, 1923.) Appealed from Circuit Court, Blount County; O. A. Steele, Judge. Sims, Deedmeyer & Bondurant, of Birmingham, for appellant. Henry J. King and Russell & Johnson, all of Oneonta, for appellee.

FOSTER, J. This case and another (J. A. Waid v. S. M. Stinson were), by agreement, tried together in the circuit court. The material facts of the two cases are identical. The judgment of the circuit court is reversed, and the cause is remanded, upon the authority of S. M. Stinson v. J. A. Waid, ante, p. 697, 97 South. 926. Reversed and remanded.

(95 South. 924)

TARLETON v. STATE. (6 Div. 205.) (Court of Appeals of Alabama. April 17, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

FOSTER, J. Appeal dismissed on motion of appellant.

(95 South. 927)

TAYLOR v. STATE. (8 Div. 954.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge.

SAMFORD, J. Appeal dismissed.

(98 South. 926)

Newton TAYLOR v. STATE. (6 Div. 306.) (Court of Appeals of Alabama. Dec. 4, 1923.) Appeal from Circuit Court, Winston County; B. L. Blanton, Judge.

SAMFORD, J. Appeal dismissed.

(96 South. 942)

TEAGUE v. STATE. (8 Div. 36.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

BRICKEN, P. J. Appeal dismissed

(96 South. 942)

TERRY v. STATE. (8 Div. 93.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Lawrence County Court; W. R. Jackson, Judge.

BRICKEN, P. J. Appeal dismissed.

(98 South. 926)

Hamilton THOMPSON, alias, etc., v. STATE. (1 Div. 519.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

FOSTER, J. Affirmed.

(98 South. 926)

Tony THOMPSON v. STATE. (6 Div. 257.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

FOSTER, J. Affirmed.

(98 South. 926)

J. T. TILLERY v. CITY OF TUSCALOOSA. (6 Div. 236.) (Court of Appeals of Alabama. Nov. 29, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(94 South. 927)

TRI-COUNTY LUMBER CO. v. HAMILTON. (5 Div. 405.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge. T. G. Hilyer, of Tallassee, for appellant. Holley & Milner, of Wetumpka, for appellee.

BRICKEN, P. J. Affirmed on motion of appellee.

(94 South. 927)

TUCKER v. STATE. (6 Div. 102.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge.

BRICKEN, P. J. The defendant was convicted of manslaughter in the first degree.